FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CANDI-LEE: LILES:, a woman,<br><br>              Plaintiff,<br><br>vs.<br><br>BRENT MILLER, the man; JOHN C. WITTER, the man; TIMOTHY W. FITZGERALD, the man; and SERRI HANSEN, the woman,<br><br>              Defendants. | No. 2:20-cv-00405-MKD<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

Plaintiff filed this action on October 30, 2020. ECF No. 1. Ninety days thereafter, nothing in the record indicated that Defendants had been served as required under the Federal Rules of Civil Procedure. On June 29, 2021, the Court issued an Order to Show Cause directing Plaintiff to show cause why the case should not be dismissed without prejudice for failure to effect service upon Defendants within 90 days of filing the complaint as required by Federal Rule of Civil Procedure 4(m). ECF No. 2. Plaintiff was cautioned that failure to respond within 10 (ten) days would result in an Order of Dismissal without Prejudice. *Id.*

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

1    Plaintiff's response was therefore due by July 9, 2021.  On July 19, 2021, Plaintiff

2    filed what the Court construed as a Response to Order to Show Cause.  ECF No. 3.

3    In the construed response, Plaintiff did not allege that service had been

4    accomplished on Defendants nor did Plaintiff argue good cause for failing to

5    accomplish service.  *See id.*

6         On January 27, 2022, the Court issued a Second Order to Show Cause why

7    this action should not be dismissed without prejudice for failure to timely effect

8    service and directing Plaintiff to respond by February 17, 2022.  ECF No. 5.

9    Plaintiff was again cautioned that failure to respond within the time allowed would

10    result in an entry of an Order of Dismissal without Prejudice.  *Id.* at 2.  On

11    February 7, 2022, Plaintiff filed what the Court construed as a Response to the

12    Second Order to Show Cause.  ECF No. 6.  Plaintiff did not allege that service had

13    been accomplished on Defendants nor did Plaintiff argue good cause for failing to

14    accomplish service.  *See id.*  On February 16, 2022, Plaintiff filed an Amended

15    Civil Cover Sheet, ECF No. 7; a Notice to the Court demanding that all documents

16    filed in the case "are to be verified in open court, under oath or affirmation," ECF

17    No. 8; and an additional Notice demanding that all documents filed in the case

18    contain a "wet ink" signature, ECF No. 9.  Plaintiff did not allege in any of the

19    additional documents filed that service had been accomplished on Defendants nor

20    did Plaintiff argue good cause for failing to accomplish service.  *See* ECF Nos. 7,

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2

8, 9.  Plaintiff's demands that all documents contain a wet signature and be verified in open court have no basis in law.

Pursuant to Federal Rule of Procedure 4(m), the Court therefore dismisses this case without prejudice.

Accordingly, **IT IS ORDERED:**

1.    This action is **DISMISSED without prejudice**.

2.    The District Court Executive is directed to enter this Order, mail a copy to Plaintiff at the address below, **ENTER JUDGMENT** and **CLOSE** the file.

candi-lee:liles:
Attorney in Fact candi-lee: liles:
c/o 432 East Idaho C-408
Kalispell, MT 59901

DATED February 18, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE WITHOUT PREJUDICE - 3